UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEFFREY CHARLES,**

      **Plaintiff,**

**v.**                                                          **Case No: 6:19-cv-1370-Orl-41GJK**

**ORANGE COUNTY SHERIFF'S
OFFICE, ORANGE COUNTY JAIL and
9TH CIRCUIT COURT,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3), which is construed as a motion to proceed *in forma pauperis*. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 4), in which he recommends that the Motion be denied. (*Id.* at 4). Further, Judge Kelly recommends that the Complaint (Doc. 1) be dismissed without prejudice and that Plaintiff be given an opportunity to file an amended complaint along with a renewed motion to proceed *in forma pauperis*. (Doc. 4 at 4).

After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis set forth in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 3), construed as a motion to proceed *in forma pauperis*, is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**. **On or before September 24, 2019**, Plaintiff may file an amended complaint and a renewed motion to proceed *in forma pauperis*. Failure to do so may result in dismissal of the case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party